UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CINDY S. HARBERS,

Plaintiff,

vs.                                             CASE NO. 8:11-CIV-2636-T-17-MAP

TIMOTHY L. HARBERS, etc., et al.,

    Defendants.
    _____/

**ORDER**

This cause is before the Court on the defendants' motion for enlargement of deadlines or alternatively to compel deposition (Doc. 49), plaintiff's motion for protective order (Doc. 50) and the response thereto (Doc. 52). The parties partially agree that the deadlines in this case should be extended and the Court finds that to be the appropriate action. However, the Court is not going to base the granting of extensions on a motion that is not even filed. The deadlines are the final extension of deadlines in this matter, barring extreme cause. Accordingly, it is

**ORDERED** that the defendants' motion for enlargement of deadlines be **granted** and the following deadlines are set: discovery and mediation shall be completed on or before March 18, 2013, all dispositive motions shall be filed on or before April 15, 2013, the pretrial conference shall be rescheduled by the magistrate judge for the month of July 2013, and the

trial is rescheduled to August 5, 2013; the alternative motion to compel deposition (Doc. 49) be **denied**, and plaintiff's motion for protective order (Doc. 50) be **denied as moot**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 23rd day of October, 2012.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record